# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Craig Leslie Jacobsen, Jr., | No. CV-24-01393-PHX-SHD (JZB) |
| Plaintiff, | **ORDER** |
| v. | |
| NaphCare, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's "Notice or Motion to Request Defendants Contact Plaintiff Telephonically and Notice that Plaintiff has had his Heart Operation with Another Anticipated" ("Motion to Contact") (doc. 134) and "Motion to Serve Defendant(s) by U.S. Marshals and Answer Complaint" ("Motion to Serve") (doc. 136). In his Motion to Contact, Plaintiff requests Defendant DeFeo contact him telephonically. (Doc. 134 at 4.) In his Motion to Serve, Plaintiff requests the Court serve the remaining Defendants in this action. (Doc. 136 at 2.)

In response to Plaintiff's Motion to Contact, Defendant DeFeo filed a notice informing the Court that he contacted Plaintiff on March 5, 2026. (Doc. 135 at 1.) Consequently, the Court will deny the Motion as moot.

Regarding Plaintiff's Motion to Serve, the Court notes that Plaintiff did not receive copies of the U.S. Marshal's Process Receipt & Return form (USM-285) for the added Defendants following the District Court's granting of his Motion to Amend. *See* (doc. 121.) Therefore, the Court will grant Plaintiff's Motion to Serve to the extent that the Court will

provide Plaintiff with USM-285 forms to complete and return.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Contact (doc. 134) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Serve (doc. 136) is **GRANTED** to the extent discussed herein. Plaintiff shall comply with the following provisions to serve the remaining un-served Defendants:

1) The Clerk of Court must send Plaintiff this Order, the District Court's January 9, 2026 Order (doc. 121), and a copy of the Marshal's Process Receipt & Return form (USM-285) for Defendants CO Santoya, CO Urnquart, John Doe Sergeant One, John Doe Corrections Officer III, Jane Doe Nurse 1, CO Layton, CO Blankets,[1] CO Levine, Nurse Practitioner Conejos, Deal, and Defendants Jane Doe "psych techs" 1 and 2.

2) Plaintiff must complete[2] and return the service packets to the Clerk of Court within **FOURTEEN (14) DAYS** of the date of filing of this Order. **The United States Marshal will not provide service of process if Plaintiff fails to comply with this Order**.

3) The Clerk of Court shall expeditiously forward service packets to the USMS.

4) If Plaintiff does not complete service of the Summons and Complaint on Defendants within **SIXTY (60) DAYS** of the filing of this Order, whichever is later, **the action may be dismissed as to each unserved Defendant**. Fed. R. Civ. P. 4(m); LRCiv 16.2(b)(2)(B)(ii).

5) The United States Marshal must retain the Summons, a copy of the Third Amended Complaint (doc. 122), a copy of this Order, and a copy of the

---

[1] Plaintiff avers in his Motion to Contact that Defendant Blanket's real name is "Buttle." (Doc. 134 at 3.)

[2] If a Defendant is an officer or employee of the Arizona Department of Corrections, Rehabilitation & Reentry, Plaintiff must list the address of the specific institution where the officer or employee works. Service cannot be effected on an officer or employee at the Central Office of the Arizona Department of Corrections, Rehabilitation & Reentry unless the officer or employee works there.

District Court's January 9, 2026 Order (doc. 121) for future use.

6) The USMS shall expeditiously personally serve copies of the Summons, the Third Amended Complaint (doc. 122), this Order, and a copy of the District Court's January 9, 2026 Order (doc. 121) upon the aforementioned Defendants pursuant to Rule 4(e)(2) of the Federal Rules of Civil Procedure.

7) within 10 days after personal service is effected, file the return of service for Defendants. The costs of service must be enumerated on the return of service form (USM-285) and must include the costs incurred by the Marshal for photocopying additional copies of the Summons, Complaint, or this Order and for preparing new process receipt and return forms (USM-285), if required.

8) Defendants CO Santoya, CO Urnquart, John Doe Sergeant One, John Doe Corrections Officer III, Jane Doe Nurse 1, CO Layton, CO Blankets, CO Levine, Nurse Practitioner Conejos, Deal, and Defendants Jane Doe "psych techs" 1 and 2 must answer the Third Amended Complaint or otherwise respond by appropriate motion within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

Dated this 10th day of March, 2026.

Honorable John Z. Boyle
United States Magistrate Judge

- 3 -